**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ACTORS' EQUITY ASSOCIATION,

                        Petitioner,

      -against-                                    22 **CIVIL** 7325 (PAE)

## JUDGMENT

PARADISE SQUARE PRODUCTION
SERVICES INC.,

                        Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 5, 2023, the Court has granted AEA's motion, confirmed the Award, and issued judgment in the amount of $242,708.41, plus interest in the amount of $1,081.01 in accordance with the Award and post-judgment interest pursuant to 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated:**  New York, New York

      May 8, 2023

                                                            **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                                 **BY:**           *K. Mango*

                                                                   **Deputy Clerk**